```
     UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 07 B 19088
   DIANA C CHASE
                                              CHAPTER 13

                                              JUDGE: A. BENJAMIN GOLDGAR

        Debtor
   SSN XXX-XX-8380


---------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 10/16/07 and confirmed on 03/14/08.

   2.  The case was dismissed after confirmation, 08/22/2008.

   3.  The Debtor paid a total of $    3668.82 .

   4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| FIRST AMERICAN BANK | CURRENT MORTG | .00 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 699.38 | .00 | 100.00 |
| GREAT LAKES CREDIT UNION | SECURED VEHIC | 3635.50 | 74.26 | 1943.66 |
| EFFICIENT BILLING | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 11304.10 | .00 | .00 |
| B REAL LLC | UNSECURED | 1535.91 | .00 | .00 |
| B REAL LLC | UNSECURED | 3264.18 | .00 | .00 |
| DAVID AXELROD | UNSECURED | 1931.22 | .00 | .00 |
| DEERBROOK MEDICAL ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| DISCOVER BANK | UNSECURED | 6673.95 | .00 | .00 |
| NICOR GAS | UNSECURED | 167.62 | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 3501.41 | .00 | .00 |

```
        Summary of disbursements:
---------------------------------------------------------------------------
                    SECURED     PRIORITY    UNSECURED     OTHER       TOTAL
---------------------------------------------------------------------------
TOTAL CLMS ALLOWED  3635.50          .00     29077.77       .00    32713.27
PRINCIPAL PAID      1943.66          .00       100.00       .00     2043.66
INTEREST PAID         74.26          .00          .00       .00       74.26
TOTAL PAID          2017.92          .00       100.00       .00     2117.92
The Debtor's attorney, FELD & KORRUB LLC                , was allowed $   3500.00
and was paid $     500.00   direct and $    1347.29   through the plan.

The Trustee received $     203.61 .

Refunds to the Debtor totaled $       .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.
```

```
Dated: 11/13/08                         /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE
```

```
                              PAGE  2
        CASE NO. 07 B 19088 DIANA C CHASE
```